RTF:SHB
F.#2003R00079

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

EDWARD REICH,

    Defendant.

- - - - - - - - - - - - - - - X

O R D E R

04-CR-257(S) (JG)

Upon the motion dated September 2, 2005 of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Steven H. Breslow, it is hereby

ORDERED that the above-captioned defendant surrender himself by 4:00 p.m. on September 16, 2005 to the Bureau of Prisons at FCI Otisville, or be immediately remanded to the custody of the United States Marshals Service.

Dated:    Brooklyn, New York
           June 16, 2005

                                  s/John Gleeson
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK